

No. 12–0180/MC. U.S. v. Ian T. Glover. CCA 201100211. Review granted on the following issue:

> WHETHER THE LOWER COURT MISAPPLIED *UNITED STATES v. FOSLER* AND *UNITED STATES v. WATKINS* IN FINDING THAT, DESPITE FAILING TO EXPRESSLY ALLEGE THE TERMINAL ELEMENT, THE ARTICLE 134 SPECIFICATIONS HERE STATE AN OFFENSE.

No briefs will be filed under Rule 25.

Misc. No. 12–8012/AF. In Re David J.A. Gutierrez. On consideration of the petition for extraordinary relief in the nature of an emergency stay, said petition is denied.

Misc. No. 12–8013/AF. David J.A. Gutierrez, Petitioner, v. United States and the U.S. Air Force Court of Criminal Appeals, Respondents. On consideration of the